IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kenneth H. Williams ) | Case No. 20-20418 CMB |
| Wendy S. Williams, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 19 |
| ) | |
| ) | |
| Kenneth H. Williams, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 9457 ) | |
| ) | |
| vs. ) | |
| ) | |
| The American Bottling Company and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 12, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Kenneth H. Williams
403 Davis Avenue
Pittsburgh, PA 15209

The American Bottling Company
Attn: Payroll
5301 Legacy Drive
Plano, TX 75024

Date of Service:    February 12, 2020        /s/ Kenneth Steidl
                                                                         Kenneth Steidl, Esquire
                                                                         STEIDL & STEINBERG
                                                                         28th Floor, Gulf Tower
                                                                         707 Grant Street
                                                                         Pittsburgh, PA 15219
                                                                         (412) 391-8000
                                                                         PA I.D. 34965