IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kenneth H. Williams ) | Case No. 20-20418 CMB |
| Wendy S. Williams, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 21 |
| ) | |
| ) | |
| Wendy S. Williams, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 4962 ) | |
| ) | |
| vs. ) | |
| ) | |
| CIGNA and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 12, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Wendy S. Williams
403 Davis Avenue
Pittsburgh, PA 15209

CIGNA
Attn: Payroll
1601 Chestnut Street
Philadelphia, PA 19192

Date of Service:     February 12, 2020     /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965