IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kenneth H. Williams | ) | Case No. 20-20418 CMB |
| Wendy S. Williams, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Document No. 21 |
| | ) | |
| | ) | |
| Wendy S. Williams, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 4962 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CIGNA and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 12, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                               Wendy S. Williams
Suite 3250 – US Steel Tower                                403 Davis Avenue
600 Grant Street                                                      Pittsburgh, PA 15209
Pittsburgh, PA 15219

CIGNA
Attn: Payroll
1601 Chestnut Street
Philadelphia, PA 19192

Date of Service:        February 12, 2020        /s/ Kenneth Steidl
                                                                          Kenneth Steidl, Esquire
                                                                          STEIDL & STEINBERG
                                                                          28th Floor, Gulf Tower
                                                                          707 Grant Street
                                                                          Pittsburgh, PA 15219
                                                                          (412) 391-8000
                                                                          PA I.D. 34965