# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-20418** |
| **Kenneth H. Williams** | **Chapter 13** |
| **Wendy S. Williams FKA Wendy S. Till,** | **Judge Carlota M. Bohm** |
| **FKA Wendy S. Sciullo** | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **MidFirst Bank** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Kenneth H. Williams** | |
| **Wendy S. Williams FKA Wendy S. Till,** | |
| **FKA Wendy S. Sciullo** | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-019489_PS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20418** |
| **Kenneth H. Williams** : | **Chapter 13** |
| **Wendy S. Williams FKA Wendy S. Till,** : | **Judge Carlota M. Bohm** |
| **FKA Wendy S. Sciullo** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **MidFirst Bank** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Kenneth H. Williams** : | |
| **Wendy S. Williams FKA Wendy S. Till,** : | |
| **FKA Wendy S. Sciullo** : | |
| : | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 27, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for Kenneth H. Williams and Wendy S. Williams FKA Wendy S. Till, FKA Wendy S. Sciullo, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
Kenneth H. Williams and Wendy S. Williams FKA Wendy S. Till, FKA Wendy S. Sciullo, 403 Davis Avenue, Pittsburgh, PA  15209

EXECUTED ON: October 27, 2020

> By:  /s/ Karina Velter
> Signature
> Karina Velter, Esquire

20-019489_PS

Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-019489_PS