IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kenneth H. Williams, | ) | Case No. 20-20418 CMB |
| Wendy S. Williams, | ) | |
|     *Debtors* | ) | Chapter 13 |
| | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 3, 2021, a true and correct copy of the *Order of Court dated April 29, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.


Date of Service:    May 3, 2021        /s/ Kenneth Steidl
                                                                                Kenneth Steidl, Esquire
                                                                                STEIDL & STEINBERG
                                                                                 28th Floor, Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA 15219
                                                                                 (412) 391-8000
                                                                                 PA I.D. 34965

```
Label Matrix for local noticing            Allegheny Health Network              Bridgecrest
0315-2                                     PO Box 645266                         7300 East Hampton Avenue
Case 20-20418-CMB                          Pittsburgh, PA 15264-5250             Suite 100
WESTERN DISTRICT OF PENNSYLVANIA                                                 Mesa, AZ 85209-3324
Pittsburgh
Mon May  3 12:38:50 EDT 2021

Bridgecrest                                Capital One Bank (USA), N.A.          Capital One/Walmart
Po Box 29018                               by American InfoSource as agent       Attn: Bankruptcy
Phoenix, AZ 85038-9018                     PO Box 71083                          Po Box 30285
                                           Charlotte, NC  28272-1083             Salt Lake City, UT 84130-0285


Capital One/Walmart                        Carvana, LLC                          (p)JPMORGAN CHASE BANK  N A
Po Box 30281                               PO Box 29018 Phoenix AZ 85038         BANKRUPTCY MAIL INTAKE TEAM
Salt Lake City, UT 84130-0281                                                    700 KANSAS LANE FLOOR 01
                                                                                 MONROE LA 71203-4774


Citibank NA/Best Buy                       Citibank North America                Citibank, N.A.
Po Box 6497                                Citibank SD MC 425                    5800 S Corporate Pl
Sioux Falls, SD 57117-6497                 5800 South Corp Place                 Sioux Falls, SD  57108-5027
                                           Sioux Falls, SD 57108


(p)CITIZENS BANK N A                       Rosemary C. Crawford                  De La Torre Orthotics and Prosthetics
ATTN BANKRUPTCY TEAM                       Crawford McDonald, LLC.               300 Alpha Drive
ONE CITIZENS BANK WAY                      P.O. Box 355                          Pittsburgh, PA 15238-2908
JCA115                                     Allison Park, PA 15101-0355
JOHNSTON RI 02919-1922

Duquesne Light Company                     Keri P. Ebeck                         Stephen Russell Franks
c/o Bernstein-Burkley, P.C.                Bernstein-Burkley                     Manley Deas Kochalski LLC
707 Grant Street, Suite 2200, Gulf Tower   707 Grant Street                      PO Box 165028
Pittsburgh, PA 15219-1945                  Suite 2200 Gulf Tower                 Columbus, OH 43216-5028
                                           Pittsburgh, PA 15219-1945

JPMorgan Chase Bank, N.A.                  (p)JEFFERSON CAPITAL SYSTEMS LLC      LVNV Funding LLC
s/b/m/t Chase Bank USA, N.A.               PO BOX 7999                           PO Box 10587
c/o National Bankruptcy Services, LLC      SAINT CLOUD MN 56302-7999             Greenville, SC 29603-0587
P.O. Box 9013
Addison, Texas 75001-9013

LendingClub                                LendingClub Corporation               MidFirst Bank
Attn: Bankruptcy                           595 Market St, Suite 200              Bankruptcy Department
595 Market St, Ste 200                     San Francisco, CA 94105-2807          999 NW Grand Boulevard, #110
San Francisco, CA 94105-2807                                                     Oklahoma City, OK 73118-6051


Mr. Cooper                                 Mr. Cooper                            Nationstar Mortgage LLC d/b/a Mr. Cooper
350 Highland                               Attn: Bankruptcy                      PO Box 619096
Houston, TX 77009-6623                     8950 Cypress Waters Blvd              Dallas, TX 75261-9096
                                           Coppell, TX 75019-4620


Brian Nicholas                             Office of the United States Trustee   PRA Receivables Management, LLC
KML Law Group, P.C.                        Liberty Center.                       PO Box 41021
701 Market Street                          1001 Liberty Avenue, Suite 970        Norfolk, VA 23541-1021
Suite 5000                                 Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Syncb/Car Care<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/ccsycc<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank/Paypal<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Transworld Sys Inc/51<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 | Transworld Sys Inc/51<br>Pob 15273<br>Wilmington, DE 19850-5273 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 |
| West Penn Hospital<br>P. O. Box 951960<br>Cleveland, OH 44193-0021 | Kenneth H. Williams<br>403 Davis Avenue<br>Pittsburgh, PA 15209-1805 | Wendy S. Williams<br>403 Davis Avenue<br>Pittsburgh, PA 15209-1805 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 |

| | | |
|---|---|---|
| (d)Citizens Bank<br>Attn: Bankruptcy<br>1 Citizens Dr<br>Riverside, RI 02915 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville SC 29603-0587 | (u)MidFirst Bank |
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients    4<br>Total                57 | |