**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KENNETH H. WILLIAMS
    WENDY S. WILLIAMS
        Debtor(s)

Case No.:20-20418

Ronda J. Winnecour
       Movant
   vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/04/2020 and confirmed on 03/05/2020 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,687.20 |
| Less Refunds to Debtor | 2,755.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,931.89 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,526.35 | |
|   Trustee Fee | 1,886.77 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,413.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 15,743.44 | 0.00 | 15,743.44 |
|     Acct: 7509 | | | | |
|   LVNV FUNDING LLC | 17,303.76 | 3,318.92 | 1,080.53 | 4,399.45 |
|     Acct: 5802 | | | | |
|   LVNV FUNDING LLC | 13,460.76 | 2,149.52 | 1,226.36 | 3,375.88 |
|     Acct: 8901 | | | | |
| | | | | 23,518.77 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH H. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH H. WILLIAMS | 1,083.38 | 1,083.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH H. WILLIAMS | 1,671.93 | 1,671.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,526.35 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | ALLEGHENY HEALTH NETWORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 3596 | 653.43 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN CHASE BANK<br>Acct: 6685 | 15,501.66 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA**<br>Acct: 4329 | 1,245.83 | 0.00 | 0.00 | 0.00 |
| | CITIZENS BANK(*)<br>Acct: 6011 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DE LA TORRE ORTHOTICS & PROSTH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 3276 | 920.82 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 5434 | 381.95 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 2972 | 2,934.91 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9728 | 2,658.78 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 6901 | 4,263.07 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 0252 | 2,367.46 | 0.00 | 0.00 | 0.00 |
| | TRANSWORLD SYSTEMS<br>Acct: 5993 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRANSWORLD SYSTEMS<br>Acct: 4686 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEST PENN HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 0415 | 520.55 | 0.00 | 0.00 | 0.00 |
| | LENDING CLUB CORP<br>Acct: 2219 | 7,168.72 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 0780 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN-BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | S JAMES WALLACE ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MANLEY DEAS KOCHALSKI LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                     23,518.77

```
TOTAL CLAIMED
  PRIORITY                    0.00
  SECURED                30,764.52
  UNSECURED              38,617.18
```

Date: 06/29/2021                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com