**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth H. Williams** | Social Security number or ITIN | **xxx–xx–9457** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Wendy S. Williams** | Social Security number or ITIN | **xxx–xx–4962** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–20418–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth H. Williams

Wendy S. Williams
fka Wendy S. Till, fka Wendy S. Sciullo

<u>8/18/21</u>

**By the court:**   <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20418-CMB |
| Kenneth H. Williams | Chapter 7 |
| Wendy S. Williams | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 18, 2021 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth H. Williams, Wendy S. Williams, 403 Davis Avenue, Pittsburgh, PA 15209-1805 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15194446 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15200604 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15194459 | + | De La Torre Orthotics and Prosthetics, 300 Alpha Drive, Pittsburgh, PA 15238-2908 |
| 15204706 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15194463 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15194462 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15226346 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15194480 | | West Penn Hospital, P. O. Box 951960, Cleveland, OH 44193-0021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 19 2021 03:13:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 19 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 19 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 19 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194447 | + | EDI: DVTM.COM | Aug 19 2021 03:13:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15194449 | + | EDI: DVTM.COM | Aug 19 2021 03:13:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15194457 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2021 23:06:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15194458 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2021 23:06:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |

Case 20-20418-CMB   Doc 96   Filed 08/20/21   Entered 08/21/21 00:28:23   Desc Imaged
                           Certificate of Notice      Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: 318 | Total Noticed: 48 |

| Acct # | Method | Date/Time | Recipient |
|---|---|---|---|
| 15200080 | EDI: CAPITALONE.COM | Aug 19 2021 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194451 | + EDI: CAPITALONE.COM | Aug 19 2021 03:13:00 | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15194452 | + EDI: CAPITALONE.COM | Aug 19 2021 03:13:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15194455 | + EDI: CITICORP.COM | Aug 19 2021 03:13:00 | Citibank NA/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15194456 | EDI: CITICORP.COM | Aug 19 2021 03:13:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15230102 | EDI: CITICORP.COM | Aug 19 2021 03:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15229252 | + Email/Text: kburkley@bernsteinlaw.com | Aug 18 2021 23:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15229720 | EDI: JEFFERSONCAP.COM | Aug 19 2021 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194454 | EDI: JPMORGANCHASE | Aug 19 2021 03:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15194453 | EDI: JPMORGANCHASE | Aug 19 2021 03:13:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15330080 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 23:14:55 | LVNV Funding LLC, PO Box 10587, Greenville SC 29603-0587 |
| 15194461 | + EDI: LENDNGCLUB | Aug 19 2021 03:13:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 15194460 | + EDI: LENDNGCLUB | Aug 19 2021 03:13:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 15301523 | + EDI: AISMIDFIRST | Aug 19 2021 03:13:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15194464 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Syncb/Car Care, Po Box 965036, Orlando, FL 32896-5036 |
| 15194466 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15194465 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15230008 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15195603 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15194468 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15194467 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15194470 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15194469 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15194472 | + EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

Case 20-20418-CMB    Doc 96    Filed 08/20/21    Entered 08/21/21 00:28:23    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: 318 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15194471 | + | EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15194473 | + | EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Paypal, Po Box 965005, Orlando, FL 32896-5005 |
| 15194474 | + | EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15194475 | + | EDI: RMSC.COM | Aug 19 2021 03:13:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15194478 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2021 23:06:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15194476 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2021 23:06:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15194448 | *+ | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15194450 | *+ | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15200708 | * | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15194479 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15194477 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth Steidl | |

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 18, 2021 | Form ID: 318 | Total Noticed: 48

on behalf of Joint Debtor Wendy S. Williams julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl

on behalf of Debtor Kenneth H. Williams julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 9